# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:                               §
                                     §
GLOBAL TEXTRADE, INC.                §    Case No. 2:16-18722 ER
                                     §
            Debtor                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SAM S. LESLIE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,600.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,000.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 4,253.66 | |

3) Total gross receipts of $ 6,253.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,253.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,574.13 | 11,574.13 | 4,253.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,317.49 | 3,317.49 | 2,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 348,519.26 | 113,626.67 | 113,626.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 348,519.26 | $ 128,518.29 | $ 128,518.29 | $ 6,253.66 |

4) This case was originally filed under chapter 7 on 06/30/2016. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2019          By: /s/SAM S. LESLIE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 FEDERAL INCOME TAX REFUND | 1224-000 | 2,519.00 |
| 2013 FEDERAL INCOME TAX REFUND | 1224-000 | 3,734.66 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,253.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:SAM S. LESLIE | 2100-000 | NA | 1,375.37 | 1,375.37 | 470.50 |
| TRUSTEE EXPENSES:SAM S. LESLIE | 2200-000 | NA | 18.47 | 18.47 | 6.32 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 13.01 | 13.01 | 13.01 |
| UNION BANK | 2600-000 | NA | 195.00 | 195.00 | 195.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 829.28 | 829.28 | 441.09 |
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):LEA ACCOUNTANCY, LLP | 3310-000 | NA | 8,754.50 | 8,754.50 | 2,994.84 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (TRUSTEE FIRM):LEA ACCOUNTANCY, LLP | 3320-000 | NA | 388.50 | 388.50 | 132.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,574.13 | $ 11,574.13 | $ 4,253.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CITY OF LOS ANGELES OFFICE OF FINAN | 5800-000 | NA | 755.35 | 755.35 | 455.37 |
| 4 | FRANCHISE TAX BOARD | 5800-000 | NA | 2,562.14 | 2,562.14 | 1,544.63 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 3,317.49 | $ 3,317.49 | $ 2,000.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACCESS FABRICS | | 20,000.00 | NA | NA | 0.00 |
| | ALLIANCE TEXTILE | | 41,499.69 | NA | NA | 0.00 |
| | CHAN HWANG | | 20,000.00 | NA | NA | 0.00 |
| | FABRIC SELECTION | | 2,414.83 | NA | NA | 0.00 |
| | FORMOSA | | 7,644.00 | NA | NA | 0.00 |
| | ITALIAN FAB | | 9,989.00 | NA | NA | 0.00 |
| | N.S.S. | | 12,469.00 | NA | NA | 0.00 |
| | OXFORD INTERNATIONAL | | 3,040.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PFP FABRICS | | 28,545.54 | NA | NA | 0.00 |
| | RICHLINE | | 2,484.80 | NA | NA | 0.00 |
| | ROMEX | | 57,204.53 | NA | NA | 0.00 |
| | SAM TEX | | 16,951.30 | NA | NA | 0.00 |
| | VEGA TEXTILE, INC. | | 17,370.00 | NA | NA | 0.00 |
| 6 | DESIGN BY NATURE, LLC | 7100-000 | 26,466.80 | 24,505.00 | 24,505.00 | 0.00 |
| 2 | MATRIX INTERNATIONAL TEXTILE, INC. | 7100-000 | 50,754.68 | 49,189.03 | 49,189.03 | 0.00 |
| 3 | NATIONAL COMMERCIAL RECOVERY, INC. | 7100-000 | 31,684.59 | 39,932.64 | 39,932.64 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 348,519.26 | $ 113,626.67 | $ 113,626.67 | $ 0.00 |

FORM 1

Case 2:16-bk-18722-ER    Doc 41    Filed 12/18/19    Entered 12/18/19 12:39:50    Desc
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT                                        Page: 1
               Main Document      Page 7 of 12
                                                ASSET CASES

| Case No: | 2:16-18722 | ER | Judge: ERNEST M. ROBLES | | Trustee Name: | SAM S. LESLIE | Exhibit 8 |
|---|---|---|---|---|---|---|---|
| Case Name: | GLOBAL TEXTRADE, INC. | | | | Date Filed (f) or Converted (c): | 06/30/16 (f) | |
| | | | | | 341(a) Meeting Date: | 08/01/16 | |
| For Period Ending: 10/31/19 | | | | | Claims Bar Date: | 02/21/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE<br>  90 DAYS OR LESS - $0.00<br>  90 DAYS OR OVER - $443,000<br>  DOUBTFUL OR UNCOLLECTIBLE - $440,000<br><br>  ALL WERE UNCOLLECTIBLE. | 3,000.00 | 0.00 | | 0.00 | FA |
| 2. DESKS AND CHAIRS<br>  VALUE IS ESTIMATED | 300.00 | 0.00 | | 0.00 | FA |
| 3. COMPUTERS<br>  VALUE IS ESTIMATED | 300.00 | 0.00 | | 0.00 | FA |
| 4. PREFERENCES / FRAUDULENT TRANSFERS (u)<br>  NO RECOVERABLE PREFERENCES WERE LOCATED. | 0.00 | 100.00 | | 0.00 | FA |
| 5. 2012 FEDERAL INCOME TAX REFUND (u)<br>  REFUNDS RECOVERED FROM AMENDED TAX RETURNS FILED BY TRUSTEE'S ACCOUNTANT. | 0.00 | 2,519.00 | | 2,519.00 | FA |
| 6. 2013 FEDERAL INCOME TAX REFUND (u)<br>  REFUNDS RECOVERED FROM AMENDED TAX RETURNS FILED BY TRUSTEE'S ACCOUNTANT. | 0.00 | 3,734.66 | | 3,734.66 | FA |
| TOTALS (Excluding Unknown Values) | $3,600.00 | $6,353.66 | | $6,253.66 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 2:16-bk-18722-ER    Doc 41    Filed 12/18/19    Entered 12/18/19 12:39:50    Desc
Main Document    Page 8 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 2:16-18722    ER    Judge: ERNEST M. ROBLES | | Trustee Name: | SAM S. LESLIE |
| Case Name: | GLOBAL TEXTRADE, INC. | | Date Filed (f) or Converted (c): | 06/30/16 (f) |
| | | | 341(a) Meeting Date: | 08/01/16 |
| | | | Claims Bar Date: | 02/21/17 |

FINAL REPORT NOTES:

ALL OF THE TAX RETURNS FILED BY THE ESTATE HAVE BEEN ACCEPTED.  THE ESTATE FILED AMENDED TAX RETURNS FOR TAX YEARS ENDED 12/31/12 AND 12/31/13 AND RECOVERED REFUNDS FOR BOTH YEARS.  THE INTERNAL REVENUE SERVICE PROMPT DETERMINATION UNDER 11 U.S.C. § 505(b) FOR THOSE RETURNS WERE FILED WITH THE COURT ON 01/08/18, DOCKET 27.  THE DEBTOR FILED TAX RETURNS FOR TAX YEARS, 12/31/14, 12/31/15 AND 12/31/16.  THE ESTATE FILED A FINAL RETURN FOR TAX YEAR ENDED 12/31/17.  THE PROMPT DETERMINATION FOR 12/31/17 RETURN WAS FILED WITH THE COURT ON 06/12/18, DOCKET 30.

THE CASE IS INSOLVENT.   THE ESTATE'S RECEIPTS TOTAL $6,253.66.  TO DATE, THE ADMINISTRATIVE EXPENSES FOR THE TRUSTEE'S BOND PREMIUM AND BANK AND TECHNOLOGY FEES TOTAL $208.01, LEAVING A BALANCE OF $6,045.65 FOR THE REMAINING ADMINISTRATIVE EXPENSES AND PROFESSIONAL FEES.   TRUSTEE'S ATTORNEY, MARGULIES FAITH LLP, HAS WAIVED ALL FEES AND COSTS INCURRED FOR SERVICES TO THE ESTATE.  THE REMAINING PROFESSIONALS AND THE ADMINISTRATIVE CLAIMANT WILL RECEIVE A PRO RATA SHARE OF THE AVAILABLE FUNDS, AS FOLLOWS:

| DESCRIPTION | TOTAL CLAIM | AT 53.190% |
|---|---|---|
| TRUSTEE FEES | $ 1,375.37 | $ 731.56 |
| TRUSTEE EXPENSES | $ 18.47 | $ 9.83 |
| ACCOUNTING FEES & EXPENSES | $ 9,143.00 | $ 4,863.17 |
| FRANCHISE TAX BOARD | $ 829.28 | $ 441.09 |
| TOTAL: | $11,366.12 | $ 6,045.65 |

THE PRIORITY UNSECURED CLAIMS IN THE CASE TOTAL $3,317.49 AND THE GENERAL UNSECURED CLAIMS TOTAL $114,060.46.  BECAUSE THE CASE IS INSOLVENT, THERE ARE NO FUNDS AVAILABLE FOR PAYMENT OF CLAIMS.  HOWEVER, TO PROVIDE CREDITORS WITH A DISTRIBUTION THE TRUSTEE AND HIS ACCOUNTANT ARE REDUCING THEIR FEE REQUESTS BY A TOTAL OF $2,000 WHICH WILL PROVIDE THE PRIORITY CREDITORS WITH A 60.286% DISTRIBUTION.  THERE ARE NO FUNDS FOR GENERAL UNSECURED CLAIMS.  (THE FRANCHISE TAX BOARD WILL RECEIVE ITS FULL PRO RATA SHARE OF $441.09.)

CASE NOTES IN DESCENDING ORDER:

ANNUAL REPORTING PERIOD 07/01/18 - 06/30/19:

TFR SUBMITTED 06/29/19; HEARING SET FOR 08/14/19.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: 2:16-18722   ER   Judge: ERNEST M. ROBLES | Trustee Name: SAM S. LESLIE |
| Case Name: GLOBAL TEXTRADE, INC. | Date Filed (f) or Converted (c): 06/30/16 (f) |
| | 341(a) Meeting Date: 08/01/16 |
| | Claims Bar Date: 02/21/17 |

ANNUAL REPORTING PERIOD 07/01/17 - 06/30/18:

ASSET 4 - TRUSTEE'S ACCOUNTANT IDENTIFIED THREE POSSIBLE PREFERENCES. TRUSTEE'S COUNSEL REVIEWED THE PREFERENCES AND DETERMINED THERE TO BE SOME DEFENSES AND COST OF PURSUING ANY OUTWEIGHED ANY POSSIBLE RECOVERY AND ADVISED TRUSTEE NOT TO PURSUE ANY OF THOSE IDENTIFIED. CERTAIN ACTIONS TAKEN BY THE DEBTOR'S PRINCIPALS ARE QUESTIONABLE BUT COUNSEL FOUND NO RECOVERABLE ASSETS.

ANNUAL REPORTING PERIOD 07/01/16 - 06/30/17:

ASSET 4 - TRUSTEE'S ACCOUNTANT HAS REVIEWED THE FINANCIAL RECORDS PROVIDED BY THE DEBTOR TO DATE AND BELIEVES THAT RECOVERABLE FRAUDULENT / PREFERENTIAL TRANSFERS EXIST THAT MAY BE RECOVERABLE BY THE ESTATE. TRUSTEE'S COUNSEL HAS REQUESTED ADDITIONAL FINANCIAL DOCUMENTS FROM THE DEBTOR'S PRINCIPAL. A DELAY HAS RESULTED BECAUSE THE PRINCIPAL UNDERWENT SURGERY IN KOREA RECENTLY BUT THE DOCUMENTS ARE EXPECTED TO BE PRODUCED IN LATE JULY OR EARLY AUGUST.

TRUSTEE HAS EMPLOYED MARGULIES FAITH LLP AS HIS GENERAL BANKRUPTCY COUNSEL PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE. THAT APPLICATION WAS GRANTED BY ORDER ENTERED ON 05/27/17. TRUSTEE HAS ALSO EMPLOYED LEA ACCOUNTANCY, LLP ("LEA"), AS HIS ACCOUNTANT PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE. THAT APPLICATION WAS GRANTED BY ORDER ENTERED ON 12/05/16.

Initial Projected Date of Final Report (TFR): 06/30/19    Current Projected Date of Final Report (TFR): 06/30/19

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:16-18722 -ER | | Trustee Name: | SAM S. LESLIE |
| Case Name: | GLOBAL TEXTRADE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******9320  CHECKING ACCOUNT |
| Taxpayer ID No: | *******2149 | | | |
| For Period Ending: | 10/31/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/17 | 5 | UNITED STATES TREASURY | 2012 FEDERAL INCOME TAX REFUND | 1224-000 | 2,519.00 | | 2,519.00 |
| 04/26/17 | 6 | UNITED STATES TREASURY | 2013 FEDERAL INCOME TAX REFUND | 1224-000 | 3,734.66 | | 6,253.66 |
| 06/26/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,238.66 |
| 07/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,223.66 |
| 08/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,208.66 |
| 09/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,193.66 |
| 10/25/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,178.66 |
| 11/27/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,163.66 |
| 12/26/17 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,148.66 |
| 01/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,133.66 |
| 02/26/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,118.66 |
| 03/01/18 | 001001 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/18 - 01/04/19; BOND NO. 016030867); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 3.90 | 6,114.76 |
| 03/26/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,099.76 |
| 04/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,084.76 |

Page Subtotals        6,253.66        168.90

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:16-18722 -ER | | Trustee Name: | SAM S. LESLIE |
| Case Name: | GLOBAL TEXTRADE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******9320  CHECKING ACCOUNT |
| Taxpayer ID No: | *******2149 | | | |
| For Period Ending: | 10/31/19 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,069.76 |
| 06/25/18 | | UNION BANK | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 15.00 | 6,054.76 |
| 02/25/19 | 001002 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND PREMIUM (01/04/19 - 01/04/20; BOND NO. 016030867); PAID PURSUANT TO LBR 2016-2(b)(1) | 2300-000 | | 9.11 | 6,045.65 |
| * 02/25/19 | 001003 | INTERNATIONAL SURETIES, LTD. | VOIDED - DUPLICATE | 2300-003 | | 9.11 | 6,036.54 |
| * 02/25/19 | 001003 | INTERNATIONAL SURETIES, LTD. | VOID CHECK 1003 | 2300-003 | | -9.11 | 6,045.65 |
| 09/06/19 | 001004 | CITY OF LOS ANGELES OFFICE OF FINANCE | FIRST AND FINAL DISTRIBUTION ON PRIORITY UNSECURED CLAIM NO. 1 | 5800-000 | | 455.37 | 5,590.28 |
| 09/06/19 | 001005 | FRANCHISE TAX BOARD | FIRST AND FINAL DISTRIBUTION ON PRIORITY UNSECURED CLAIM NO. 4 | 5800-000 | | 1,544.63 | 4,045.65 |
| 09/06/19 | 001006 | FRANCHISE TAX BOARD | ADMINISTRATIVE TAX CLAIM (POC 7); PAID PURSUANT TO ORDER ENTERED 09/05/19 | 2820-000 | | 441.09 | 3,604.56 |
| 09/06/19 | 001007 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - FEES; PAID PURSUANT TO ORDER ENTERED 09/05/19 | 3310-000 | | 2,994.84 | 609.72 |
| 09/06/19 | 001008 | LEA ACCOUNTANCY, LLP | ACCOUNTANT FOR TRUSTEE - EXPENSES; PAID PURSUANT TO ORDER ENTERED 09/05/19 | 3320-000 | | 132.90 | 476.82 |
| 09/06/19 | 001009 | SAM S. LESLIE | TRUSTEE COMPENSATION; PAID PURSUANT TO ORDER ENTERED 09/05/19 | 2100-000 | | 470.50 | 6.32 |
| 09/06/19 | 001010 | SAM S. LESLIE | TRUSTEE EXPENSES; PAID PURSUANT TO | 2200-000 | | 6.32 | 0.00 |

Page Subtotals            0.00        6,084.76

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 22.02b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:16-18722 -ER | | Trustee Name: | SAM S. LESLIE |
| Case Name: | GLOBAL TEXTRADE, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******9320 CHECKING ACCOUNT |
| Taxpayer ID No: | *******2149 | | | |
| For Period Ending: | 10/31/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ORDER ENTERED 09/05/19 | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,253.66 | 6,253.66 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,253.66 | 6,253.66 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,253.66 | 6,253.66 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9320 | 6,253.66 | 6,253.66 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,253.66 | 6,253.66 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |